MARY PENDER, Formerly Known as MARY KWILECKI, Respondent, v. SABINA MURPHY and Others, Defendants, Impleaded with CLEMENT J. LOWERY, Appellant.— Order denying motion of defendant-appellant to vacate and set aside his default in answering, the judgment of foreclosure and sale and the report of the referee, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

HERMAN BRANDT, Respondent, v. MINNIE NUTTING, Individually and as Executrix, etc., of J. FRANK NUTTING, Appellant.— Order, so far as appealed from denying defendant's motion to vacate plaintiff's notice of examination before trial in respect to items 1, 2, 5, 6, 9, 10, 11, 12 and 13 of said notice of examination, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

AGNES BYRNES, Appellant, v. EMPIRE CITY SUBWAY COMPANY (LIMITED), Respondent, Impleaded with Another.— Order granting motion of defendant-respondent to vacate notice of examination before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

RAYMOND KRUCKEL and ANNA KRUCKEL, Appellants, v. AGATINE CITELLI, Also Known as AGATINE MORELLI and JOSEPH MORELLI, Respondents, Impleaded with Others. (JAY EMANUEL, Respondent.) — Orders denying plaintiffs' motion to punish Jay Emanuel, a witness, for contempt, and denying plaintiffs' motion for a reargument, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of MAURICE HOTCHNER, Judgment Creditor, Respondent, against ALBERT BECK, Judgment Debtor, Appellant.— Order granting motion of the judgment creditor to punish the judgment debtor for contempt, and order denying motion of judgment debtor for a reconsideration and for resettlement, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

AMELIA DELONGIS, as Administratrix, etc., of PATRICK DELONGIS, Deceased, Plaintiff, v. JOHN WOHR, Defendant. (Action No. 1.) AMELIA DELONGIS, as Administratrix, etc., of PATRICK DELONGIS, Deceased, Respondent, v. STORCH TRUCKING COMPANY, Appellant. (Action No. 2.) — Order, so far as appealed from, denying motion of defendants for a change of venue from New York county to Rockland county, as to action No. 2, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is hereby ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Rockland all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.